COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Cause No   01-12-00704-CV; *In re Tammy Fountain*, Relator

Original Proceeding on Petition for Writ of Habeas Corpus from *Order Revoking Suspension and for Commitment to County Jail*, Cause No. 2010-31997, in the 309th District Court of Harris County, Texas.

Relator Tammy Fountain was found in contempt of the trial court's orders in an order dated May 24, 2012.  A 60-day jail sentence was suspended conditioned upon relator's future compliance with court orders.   The suspension of the sentence was revoked on July 31, 2012 and relator was committed to the Harris County Jail.   Fountain filed this original habeas corpus proceeding, and we ordered her released on bail pending resolution of the proceeding.   The case was set for submission on September 11, 2012 and this Court denied relief with written opinions issued on December 28, 2012.

On January 2, Fountain filed a motion for rehearing, in which she informed the Court, for the first time, of an agreement between the parties dated December 12, 2012, whereby real party in interest Kathy Katcher agreed that "[t]he current enforcement shall be dismissed with prejudice," though the parties now disagree about the timing issues and effect of that agreement. Katcher contends that the enforcement action would not be dismissed until June 2013, and Fountain concedes that "a reading" of the agreement "may also support the position" that the agreement did not require that this Court be informed of the agreed dismissal of the enforcement action until after the entry of a final order anticipated "after June 2013."   Despite the foregoing, Fountain requests in her motion for rehearing that we now "issue a writ of habeas corpus."

As part of her response to the motion for rehearing, Katcher requested that we abate this proceeding until July 1, 2013 to permit the parties to effectuate their agreement.   The request for abatement is **granted**, and this case is **abated**.

This case is removed from this court's active docket until further order of this court.   The parties shall timely notify this court of all events affecting the status of this case, including when the trial court has entered a final order.   The parties shall file either a status report or a motion to dismiss by **July 1, 2013**.

It is so ORDERED.


Judge's signature: /s/ Michael Massengale
                                   Acting for the Court

Panel consists of Justices Keyes, Massengale, and Brown


Date: January 29, 2013